UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>IAN ALLISTER TOMLINSON,<br><br>        Defendant. | CR-25-32-GF-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court provide meals for the jurors during their deliberations in the above-entitled case.

DATED 26th day of August, 2025.

_(signed) Brian Morris_

Brian Morris, Chief District Judge
United States District Courts